**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION**

|  |  |
|---|---|
| TZVI STRAUSS,<br><br>    Plaintiff,<br><br>v.<br><br>TRACY PAGE, *et al.*,<br><br>    Defendants. | CASE NO. _____ |

**NOTICE OF REMOVAL**

Defendants Tracy Page, Haley Chester, and Stephanie Calhoun, through counsel, file this Notice of Removal pursuant to 28 U.S.C. §§ 1441 and 1446. Defendants file this notice subject to and without waiving any defenses available under state and federal law, and in support show the following:

1. On July 17, 2026, Plaintiff Tzvi Strauss filed a civil action in the Superior Court of Montgomery County, Georgia, styled *Tzvi Strauss v. Tracy Page, et al.,* and having Civil Action No. 26CV010-W. Attached hereto as Exhibit A is a copy of all process, pleadings and orders received by Defendants and filed in this action.

2. The action seeks injunctive relief for alleged violations of rights under 42 U.S.C. § 1983 and the First Amendment to the United States Constitution, as well as the Religious Land Use and Institutionalized Persons Act of 2000 (RLUIPA), 42 U.S.C. §§ 2000cc, et seq. This action also includes a Motion to Amend which seems to assert a claim for medical deliberate indifference under the Eighth Amendment seeking money damages.

3. This action is a civil rights case and presents a federal question over which this

- 1 -

court has original subject matter jurisdiction pursuant to 28 U.S.C. § 1331 and questions of state law over which this court has supplemental jurisdiction pursuant to 28 U.S.C. § 1367.

4. This action is one which may be removed to this Court pursuant to the provisions of 28 U.S.C. § 1441(a).

5. Defendant Tracy Page was served with process on February 20, 2025. Defendants Chester and Calhoun have not been noticed and served with this action.

6. Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is filed within thirty days from receipt by Defendants of a copy of the complaint asserting the federal claims against them.

WHEREFORE, Defendants move that this Notice of Removal be filed, that this action be removed to and proceed in this Court, and that no further proceedings be had in the action in the Superior Court of Montgomery County, Georgia.

Respectfully submitted,

CHRISTOPHER M. CARR     112505
Attorney General

LORETTA L. PINKSTON-POPE     580385
Deputy Attorney General

WILLIAM W. PETERS     515342
Senior Assistant Attorney General

DANIEL A. FICARROTTA     863030
Assistant Attorney General

/s/ Chandler L. King     774738
CHANDLER L. KING
Assistant Attorney General

PLEASE ADDRESS ALL
COMMUNICATIONS TO:
Chandler L. King
State Law Department
40 Capitol Square SW
Atlanta, GA  30334

- 2 -

Tel: (404) 458-6602
Fax: (404) 651-5304
Email: cking@law.ga.gov

## **CERTIFICATE OF SERVICE**

I certify that I have this day served the foregoing pleading with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all counsel of record.

I further certify that I have served by U.S. mail, first class postage prepaid, the following non-CM/ECF participants:

Tzvi Strauss
GDC No. 10003146007
Montgomery State Prison
P.O. Box 256
Mt. Vernon, GA 30445

This 23rd day of March, 2026.

/s/ Chandler L. King         774738
CHANDLER L. KING
Assistant Attorney General