IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

TZVI STRAUSS,                              )
                                           )
            Plaintiff,                     )
                                           )
      v.                                   )            CV 326-017
                                           )
TRACY PAGE, Warden; HALEY                  )
CHESTER, Chief Counselor; STEPHANIE        )
CALHOUN, Deputy Warden; and                )
MONTGOMERY STATE PRISON,                   )
                                           )
            Defendants.                    )

## O R D E R

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. (Doc. no. 14.) Along with his objections, Plaintiff also submitted a "Notice of Additional Defendants" and "Notice of Additional Claim," in which he attempts to add additional defendants and claims to his complaint. (Doc. nos. 11, 12.) However, these filings are procedurally improper because a plaintiff may not amend a complaint in a piecemeal manner by submitting separate filings which purport to add or change only certain portions of a prior pleading. See Holland v. Burnette, CV 308-090, 2009 WL 1579507, at *1 (S.D. Ga. June 3, 2009).

Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, and **GRANTS** Defendants Page, Chester, and Calhoun's motion for judgment on the pleadings as to all claims against those Defendants. (Doc. no. 3.) The Court

also **DISMISSES** Defendant Montgomery State Prison and all claims against it. Accordingly, the Court **DISMISSES** this case, **DIRECTS** the Clerk to enter an appropriate judgment of dismissal, and **CLOSES** this civil action. Finally, because this case is dismissed, the Court **DENIES** as **MOOT** the pending motion for reconsideration on the order staying discovery. (Doc. no. 13.)

SO ORDERED this 24th day of June, 2026, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE